UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIROSLAV IVANOVIC,

       Plaintiff,

  - against -

IBM PERSONAL PENSION PLAN, previously
known as IBM RETIREMENT PLAN,

       Defendant.
------------------------------------------------------------X

**JUDGMENT**
12-CV-6021 (RRM)(CLP)

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order having been filed this day granting defendant's motion to dismiss, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

**ORDERED ADJUDGED AND DECREED** that plaintiff shall take nothing of defendant and that this case is hereby closed.

SO ORDERED.

Dated: Brooklyn, New York
      September 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge